AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 21, 2020**

SEAN F. McAVOY, CLERK

COLTON J. GREEN,

*Plaintiff*

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, LARRY W. CEIGER, DANIELLE PURCELL, FRANKLIN COUNTY CORRECTION CENTER, SHERIFF JIM RAYMOND, COMMANDER STEPHEN SULTEMEIER, CAPTAIN ADAM DIAZ, and LIEUTENANT JEREMEY JANSKY,

*Defendant*

Civil Action No.  4:20-cv-05183-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Action is DISMISSED WITHOUT PREJUDICE pursuant to LCivR 41(b)(2). Judgment of Dismissal Without Prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  STANLEY A. BASTIAN .

Date:  12/21/2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates